**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1887**

CARL THOMAS STURDIVANT,

        Plaintiff - Appellant,

    v.

KONE INCORPORATED,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District for North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:09-cv-00224-RJC-DSC)

Submitted: March 31, 2011        Decided: April 8, 2011

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl Thomas Sturdivant, Appellant Pro Se. Stephen Scott Muhich, DYKEMA GOSSETT, PLLC, Grand Rapids, Michigan, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Thomas Sturdivant appeals the district court's order granting summary judgment to Defendant in this action alleging discrimination in employment and related violations of state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sturdivant v. Kone Inc., No. 3:09-cv-00224-RJC-DSC (W.D.N.C. July 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED